■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAWRENCE PERKINS, JR., Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Suffolk County (Rohl, J.), rendered June 4, 1990, convicting him of attempted criminal sale of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Thompson, J. P., Lawrence, Miller, O'Brien and Ritter, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DENNIS QUICK, Also Known as JEFFREY COLLINS, Appellant.— Appeal by the defendant from a judgment of the Supreme Court, Richmond County (Felig, J.), rendered August 19, 1986, convicting him of burglary in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the appeal is dismissed.

The defendant has violated his parole and his whereabouts are unknown. Since he is not available to obey the mandate of this court, his appeal is dismissed *(see, People v Barnes,* 143 AD2d 837; *People v Southerland,* 136 AD2d 662). Thompson, J. P., Lawrence, Miller, O'Brien and Ritter, JJ., concur.